IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SYBIL LITTLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 1:17cv126-CSC |
| ) | (WO) |
| CRSA, a corporation, RICKEY NORRIS, ) | |
| and JASON PATRICK, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the

ORDER and JUDGMENT of the court that judgment on the plaintiff's federal claims be and is hereby entered in favor of the defendants and against the plaintiff, and the plaintiff's federal claims be and are hereby dismissed with prejudice. It is further the

ORDER and JUDGMENT of the court that because the court declines to exercise supplemental jurisdiction, the plaintiff's state law claims be and are hereby dismissed without prejudice. Finally, it is

ORDERED that costs be and are hereby taxed against the plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 9th day of August, 2017.

                                       /s/Charles S. Coody
                                 CHARLES S. COODY
                                 UNITED STATES MAGISTRATE JUDGE